**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 69 MAP 2020 |
| | : | |
| Appellant | : | |
| | : | Appeal from the Order of the York |
| | : | County Court of Common Pleas, |
| v. | : | Criminal Division, at No. CP-67-CR- |
| | : | 0004375-2000 dated 1-30-2020. |
| | : | |
| HOLLAND JERMAINE BRABHAM, III, | : | |
| | : | |
| Appellee | : | |

**ORDER**

PER CURIAM                                              DECIDED:  March 25, 2021

**AND NOW**, this 25th day of March, 2021, the order of the court of common pleas is **REVERSED**.  *See Commonwealth v. Lacombe*, 234 A.3d 602 (Pa. 2020) (holding that Subchapter I of the Sex Offender Registration and Notification Act, 42 Pa.C.S. §§ 9799.51-9799.75, is not punitive and does not violate the constitutional prohibition against *ex post facto* laws).